UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
UNITED STATES OF AMERICA,

-against-                                      S1 12 Crim. 0574 (LAK)

SCOTT SANDERS,

                Defendant.
------------------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        The government, on or before January 20, 2020, shall file its response, if any, to defendant's motion for a stay of the execution of the preliminary orders of forfeiture as to substitute assets (DI 264).

        SO ORDERED.

Dated:      December 19, 2019

                                                Lewis A. Kaplan
                                          United States District Judge