UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

UNITED STATES OF AMERICA
   -v.-

SCOTT SANDERS,

     a/k/a "Roger Taub"
     a/k/a "Jeff Thompson,"

     Defendant.

-------------------------------------------------------------x

S1 12-cr-574 (LAK)

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-27-2020

### DEFENDANT'S MOTION FOR RECONSIDERATION OF ORDER DENYING MOTION TO STAY EXECUTION OF FORFEITURE ORDER AS TO SUBSTITUTE ASSETS

Denied

SO ORDERED

LEWIS A. KAPLAN, J.

2/27/2020